Department. July 28, 1904.) Jacob Neu, for appellant. J. H. K. Blauvelt, for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

WOODWARD, J. (dissenting). The question fairly presented by this appeal is a new one, and seems to me to be of sufficient importance to require an expression of my reason for dissent. Rule 18 of the Supreme Court provides: "In actions for divorce, * * * the affidavit [of service of summons and complaint] * * * shall state what knowledge the affiant had of the person served being the defendant and proper person to be served, and how he acquired such knowledge. The court may require the affiant to appear in court and be examined in respect thereto, and, when service has been made by the sheriff, the court must require the officer who made the service to appear and be examined in like manner," etc. Section 3256 of the Code of Civil Procedure provides: "A party to whom costs are awarded in an action is entitled to include in his bill of costs his necessary disbursements as follows: * * * And such other reasonable and necessary expenses, as are taxable, according to the course and practice of the court, or by express provision of law." In the absence of a single decision upon the question, we cannot say what has been the course and practice of the court with respect to taxing as costs the necessary expenses resulting from sending to a distant county of the state a person who knows the defendant in a divorce proceeding to serve the summons and complaint, where the expense has been incurred in good faith in order to have such person present at the trial, in pursuance of rule 18, supra. Upon principle, the reason which demands the taxation of the expenses of printing the papers for a hearing, when required by a rule of the court, with equal force calls for the taxation of the expenses in question.

HOOKER, J., concurs in this dissent.

In re SNOOK et al. (Supreme Court, Appellate Division, Second Department. June 24, 1904.) In the matter of the application of John Augustus Snook and others, as executors, etc., for a peremptory writ of mandamus directed to Hon. James C. Church, Surrogate. No opinion. Motion for reargument denied.

In re SOUTH SHORE NATURAL GAS & FUEL CO. (Supreme Court, Appellate Division, Fourth Department. July 6, 1904.) In the matter of the application of the South Shore Natural Gas & Fuel Company to lay and maintain its pipes in, upon, along, and across certain highways in the town of Sheridan, N. Y.

PER CURIAM. Order granted; the time and manner of laying the pipes to be designated in the order, and the petitioner to give adequate security indemnifying the town of Sheridan from any damages which may result from the performance of the work, and also security for its compliance with its agreement made in pursuance of this order. The form of the order to be settled by and before SPRING, J., upon five days' notice.

SPAULDING, Appellant, v. MYERS, Respondent. (Supreme Court, Appellate Division, Third Department. June 30, 1904.) Action by Elmer L. Spaulding against James T. Myers. No opinion. Judgment and order unanimously affirmed, with costs.

SPIEGELMAN, Respondent, v. UNION RY. CO. OF NEW YORK CITY, Appellant. (Supreme Court, Appellate Division, Second Department. June 24, 1904.) Action by Samuel Spiegelman against the Union Railway Company of New York City. No opinion. Order resettled, so as to award but $10 costs on the dismissal of the appeal.

SPRAGUE, Respondent, v. INTERBOROUGH RAPID TRANSIT CO., Appellant. (Supreme Court, Appellate Division, Second Department. September 29, 1904.) Action by Hettie Eliza Sprague against the Interborough Rapid Transit Company. No opinion. Judgment and order unanimously affirmed, with costs.

STAIGER, Respondent, v. SOHT et al., Appellants. (Supreme Court, Appellate Division, Second Department. July 28, 1904.) Action by Christopher Staiger against Peter Soht and others.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

HOOKER, J., dissents.

STEINAU et al., Appellants, v. WORTHINGTON et al., Respondents. (Supreme Court, Appellate Division, First Department. June 24, 1904.) Action by Henrietta Steinau and others against Joseph E. Worthington and others. T. F. Donnelly, for appellants. H. O. Powell, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

STEVER, Appellant, v. COOKINGHAM, Respondent. (Supreme Court, Appellate Division, Third Department. June 30, 1904.) Action by Wallace Stever against George Cookingham. No opinion. Judgment unanimously affirmed, with costs.

In re STILES. (Supreme Court, Appellate Division, Third Department. June 30, 1904.) In the matter of the charges preferred against Esmond Stiles, an attorney and counselor at law. No opinion. Report of the referee confirmed, and charges of deceit and malpractice sustained, and said Esmond Stiles removed from the office of attorney and counselor at law.

STOTT, Respondent, v. DARBEE, Appellant. (Supreme Court, Appellate Division, Third Department. June 30, 1904.) Action by Mary Stott against Cleveland Darbee, as executor, etc. No opinion. Judgment unanimously affirmed, with costs.

TALBOTT, Respondent, v. SHEAR, Appellant. (Supreme Court, Appellate Division, Third Department. September 20, 1904.) Ac-

tion by Joseph B. Talbott against Russell Shear. No opinion. Judgment unanimously affirmed, with costs.

TANNENBAUM, Respondent, v. DACKS, Appellant. (Supreme Court, Appellate Division, Second Department. July 28, 1904.) Action by Frank Tannenbaum against Fanny M. Dacks. No opinion. Judgment of the Municipal Court affirmed, with costs.

TAYLOR, Appellant, v. PRIMUS CO., Respondent. (Supreme Court, Appellate Division, First Department. June 24, 1904.) Action by Albert Taylor against the Primus Company. J. B. Leavitt, for appellant. E. L. Kalish, for respondent. No opinion. Judgment affirmed, with costs.

THURSTON, Respondent, v. LEHIGH VALLEY R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. June 30, 1904.) Action by Fred. G. Thurston against the Lehigh Valley Railroad Company.
PER CURIAM. Judgment and order affirmed, with costs.
SMITH, J., dissents.

TOWN OF COPAKE, Appellant, v. NIVER, Respondent. (Supreme Court, Appellate Division, Third Department. June 30, 1904.) Action by the town of Copake (by Catherine Burdick, as administratrix, etc., of Wesley Burdick, deceased, a taxpayer) against Lee Niver. No opinion. Judgment affirmed, with costs.

TURNER, Appellant, v. NEW YORK ASBESTOS MFG. CO., Respondent. (Supreme Court, Appellate Division, Second Department. September 29, 1904.) Action by Benjamin F. Turner, an infant, by Bridget Turner, his guardian ad litem, against the New York Asbestos Manufacturing Company.
PER CURIAM. Order dismissing plaintiff's complaint affirmed on argument, with $10 costs and disbursements, and appeal from order denying plaintiff's motion for a reargument dismissed, without costs.

TUSTIN, Appellant, v. HOBBS, Respondent. (Supreme Court, Appellate Division, Second Department. June 24, 1904.) Action by Edward B. Tustin against Frank S. Hobbs. No opinion. Order affirmed, with $10 costs and disbursements.

TYSON, Respondent, v. JOSEPH H. BAULAND CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 28, 1904.) Action by Eliza Tyson against the Joseph H. Bauland Company.
PER CURIAM. We think that the record on the appeal should contain only the evidence which was received against the sole appellant. The order refusing to resettle the case is accordingly reversed, with $10 costs and disbursements, and the proceedings remitted to the justice by whom the case was tried for resettlement in accordance with this decision.

VAN SEGGERN, Respondent, v. GINSBERG, Appellant, et al. (Supreme Court, Appellate Division, First Department. June 24, 1904.) Action by Arend Van Seggern against Henry Ginsberg, impleaded. H. H. Maas, for appellant. E. W. S. Johnston, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer, on payment of costs in this court and in the court below.

VARNEY, Respondent, v. PHILO, Appellant. (Supreme Court, Appellate Division, Third Department. June 30, 1904.) Action by Edward Varney against Clayton J. Philo. No opinion. Judgment affirmed, with costs.

VOLCKER, Respondent, v. HERTER et al., Appellants. (Supreme Court, Appellate Division, First Department. July 13, 1904.) Action by Adolph Volcker against Peter Herter and others. D. S. Updike, for appellants. H. Siegrist, Jr., for respondent. No opinion. Judgment and order affirmed, with costs.

VON OHLEN, Respondent, v. EMPIRE LIFE INS. CO., Appellant. (Supreme Court, Appellate Division, First Department. June 24, 1904.) Action by Catherine Von Ohlen against the Empire Life Insurance Company. C. Blandy, for appellant. W. W. Pickard, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

WAITE, Appellant, v. GREENLEAF, Respondent. (Supreme Court, Appellate Division, Fourth Department. July 6, 1904.) Action by Eliza Waite against Louis C. Greenleaf. No opinion. Judgment affirmed, with costs.

WALKER, Appellant, v. HARDER, Sheriff, Respondent. (Supreme Court, Appellate Division, Third Department. June 30, 1904.) Action by John H. Walker against J. Frank Harder, as sheriff of St. Lawrence county. No opinion. Judgment (80 N. Y. Supp. 948) unanimously affirmed, with costs.

WALKER, Respondent, v. INTERURBAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. July 13, 1904.) Action by Frank C. Walker against the Interurban Street Railway Company. From a judgment of the Appellate Term, affirming a judgment of the Municipal Court in favor of plaintiff, defendant appeals. Affirmed. Paul D. Cravath, for appellant. Frederick Durgan, for respondent.
HATCH, J. For the reasons stated in my opinion in the case of Scudder v. Interurban Street Railway Company (herewith handed down) 89 N. Y. Supp. 1115, the determination appealed from should be affirmed, with costs.
PATTERSON and LAUGHLIN, JJ., concur. O'BRIEN, J., concurs in result. McLAUGHLIN, J., dissents.

WALSH v. GENERAL FIRE EXTINGUISHER CO. et al. (Supreme Court, Appellate Division, First Department. June 29,